United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 16-17187-amc
Robert W Scott                                                   Chapter 7
Robert W. Scott
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2            User: John                    Page 1 of 1              Date Rcvd: Dec 20, 2016
                                Form ID: pdf900               Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2016.
```
db              +Robert W Scott,    142 Chappewa Street,    Essington, PA 19029-1611
db              +Robert W. Scott,    MAILING ADDRESS,    3002 Byberry Road,    Philadelphia, PA 19154-1812
cr              +Citizens One Auto Finance,    1 Citizens Drive,    ROP15B,    Riverside, RI 02915-3019
13813004        +Ditech Financial LLC,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Dec 21 2016 02:18:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2016 02:18:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2016 02:18:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 02:37:25
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13806131        +E-mail/Text: bankruptcy.bnc@ditech.com Dec 21 2016 02:18:09     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
                                                                                              TOTAL: 5
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Debtor Robert W Scott scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Debtor Robert W. Scott scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Robert W. Scott | Debtor | CHAPTER 7 |
| Ditech Financial LLC vs. | Movant | NO. 16-17187 AMC |
| Robert W. Scott | Debtor | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq. | Trustee | |

## ORDER

AND NOW, this _____ day of _Dec_ , 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 142 Chippewa Street, Essington, PA 19029 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.