United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert W Scott  
Robert W. Scott  
    Debtors

Case No. 16-17187-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Feb 28, 2017  
                          Form ID: 195     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.  
db         +Robert W Scott,    142 Chappewa Street,    Essington, PA 19029-1611  
db         +Robert W. Scott,    MAILING ADDRESS,    3002 Byberry Road,    Philadelphia, PA 19154-1812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:  
        DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN    on behalf of Debtor Robert W Scott scottfwaterman@gmail.com, scottfwaterman@gmail.com  
        SCOTT F. WATERMAN    on behalf of Debtor Robert W. Scott scottfwaterman@gmail.com, scottfwaterman@gmail.com  
        TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com  
        THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                      TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 7

Robert W Scott                                                                    : Case No. 16−17187−amc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , February 28, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

23
Form 195